No. 961.   CAMERON *v.* GORDON.   June 7, 1943.   The petition for rehearing is denied.   MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.

No. 589.   BOWLES *v.* UNITED STATES.   June 7, 1943. *Ante,* p. 33.

No. 906.   COVER *v.* SCHWARTZ, DOING BUSINESS AS HYGEIA RESPIRATOR CO.   June 7, 1943.

No. 710.   WHEAT ET AL. *v.* TEXAS LAND & MORTGAGE CO., LTD., ET AL.   June 14, 1943.

No. 938.   FLENIKEN ET AL. *v.* GREAT AMERICAN INDEMNITY CO. ET AL.   June 14, 1943.

No. —, original.   EX PARTE DAVID H. JOHNSON; and
No. 869.   FLETCHER *v.* EVENING STAR NEWSPAPER CO. June 14, 1943.   Petitions for rehearing denied.   MR. JUSTICE RUTLEDGE took no part in the consideration or decision of these applications.

No. 764.   JONES *v.* BIDDLE, ATTORNEY GENERAL.   June 14, 1943.   Third petition for rehearing denied.